UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

JAMES ROBINSON,

                        Plaintiff,

v.                                        **OPINION AND ORDER**

JANICE LYNN WOLF FREIDMAN, et al.,     18-cv-2409 (PMH)

                       Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

On May 15, 2020, Defendants filed their motion to dismiss Plaintiff's Amended Complaint. (Doc. 93). Plaintiff's opposition brief was due June 17, 2020. (See Doc. 92). To date, Plaintiff has not filed an opposition to Defendants' motion or sought an extension of time to oppose. The Court *sua sponte* extends plaintiff's time to oppose Defendants' motion to dismiss to August 28, 2020. Defendants' reply, if any, is due September 11, 2020. If plaintiff fails to file his opposition by August 28, 2020, the motion will be deemed fully submitted and unopposed. No further extensions of time will be granted. Defendants are instructed to mail a copy of this Order to Plaintiff and provide proof of service on the docket by July 30, 2020.

                                                                   **SO ORDERED:**

Dated: New York, New York
       July 28, 2020

                                                         Philip M. Halpern
                                                         United States District Judge