UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAMES ROBINSON,

                Plaintiff,

    -against-                              18 **CIVIL** 2409 (PMH)

                                                  **JUDGMENT**

JANICE LYNN WOLF-FRIEDMAN, et al.,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated February 5, 2021, the Court GRANTS Defendants' motion to dismiss. While "[d]istrict courts should frequently provide leave to amend before dismissing a *pro se* complaint . . . leave to amend is not necessary when it would be futile." *Reed v. Friedman Mgt. Corp.*, 541 F. App'x 40, 41 (2d Cir. 2013) (citing *Cuoco v. Moritsugu*, 222 F.3d 99, 112 (2d Cir. 2000)). Here, the Court dismisses Plaintiff's Complaint with prejudice as any amendment would be futile and Plaintiff has already had an opportunity to amend his pleading; accordingly, this case is closed.

**Dated:** New York, New York
            February 8, 2021

                                                             **RUBY J. KRAJICK**
                                                                _____
                                                                     **Clerk of Court**
                                            **BY:**
                                                                       **Deputy Clerk**